UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE



FILED
CLERK, U.S. DISTRICT COURT
Nov 19, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: KT  DEPUTY

| | |
|---|---|
| Teresa Dominguez, et al., | CV 17-4557-DMG (PLAx) |
| Plaintiff, | |
| vs. | NOTE # __1__    FROM THE JURY |
| City of Los Angeles, et al., | **REDACTED AS TO THE FOREPERSON'S NAME** |
| Defendants. | |

_____  The jury has reached a unanimous verdict.

_____  The jury advises the Court of the following:

__X__   The jury requests the following:

Floor person, Juror #1, [REDACTED] requests on behalf of the jury to stay this evening until 8:30 pm.

Dated: 11/16/2018    Signed: [REDACTED]
                              FOREPERSON