UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE



FILED
CLERK, U.S. DISTRICT COURT
Nov 19, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: KT  DEPUTY

| | | |
|---|---|---|
| Teresa Dominguez, et al., | ) | CV 17-4557-DMG (PLAx) |
| Plaintiff, | ) | |
| vs. | ) | NOTE # 2   FROM THE JURY |
| City of Los Angeles, et al., | ) | **REDACTED AS TO THE FOREPERSON'S NAME** |
| Defendants. | ) | |

_____   The jury has reached a unanimous verdict.

_____   The jury advises the Court of the following:

__X__   The jury requests the following:

Juror #1, [REDACTED] on behalf of the Jury request to continue at 10AM Monday 19 Nov 2018

Dated: 11/16/2018          Signed [REDACTED]
                           FOREPERSON