## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### JURY NOTE

```
FILED
CLERK, U.S. DISTRICT COURT

Nov 19, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:      KT        DEPUTY
```

Teresa Dominguez, et al.,                 )     CV 17-4557-DMG (PLAx)
                                           )
                        Plaintiff,         )
                                           )     NOTE # __3__   FROM THE JURY
            vs.                            )
                                           )
City of Los Angeles, et al.,               )     **REDACTED AS TO THE**
                                           )     **FOREPERSON'S NAME**
                                           )
                        Defendants.        )
_____    )


_____     The jury has reached a unanimous verdict.

_____     The jury advises the Court of the following:

__X__       The jury requests the following:

What is the definition of a hung jury?
In this case is it a 4 to 4 split?
Or anything other than unanimity?
I.E. Can the yes/no question be answered only through
a unanimous vote, or a majority?

_____

_____

_____

_____


Dated: 19 Nov 2018          Signe[REDACTED]

                                    FOREPERSON

**Teresa Dominguez v. City of Los Angeles, LLC**
**Case No. CV 17-4557-DMG (PLAx)**

## The Court's Response to Jury Note No. 3:

The answer to your inquiry in Jury Note No. 3 can be found at Jury Instruction No. 33. Your verdict must be unanimous as to each question posed in the Verdict Form. If you can reach unanimity as to certain questions, but not others, you must answer those questions as to which you have a unanimous verdict.