UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JURY NOTE

```
FILED
CLERK, U.S. DISTRICT COURT
Nov 19, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY:    KT    DEPUTY
```

Teresa Dominguez, et al.,  )   CV 17-4557-DMG (PLAx)
                           )
                Plaintiff, )
                           )   NOTE # 4    FROM THE JURY
       vs.                 )
                           )
City of Los Angeles, et al.,)  **REDACTED AS TO THE**
                           )   **FOREPERSON'S NAME**
                           )
              Defendants.  )

__X__  The jury has reached a unanimous verdict.

_____  The jury advises the Court of the following:

_____  The jury requests the following:

_____
_____
_____
_____
_____
_____
_____

Dated: 11/19/2018                 Signed: [REDACTED]
                                          FOREPERSON