# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 17 4557-DMG (PLAx) | | Title | Teresa Dominguez, et al. v. City of Los Angeles, et al. |
|---|---|---|---|---|
| Judge | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE | | | |
| Dates of Trial or Hearing | 11/13/18 -11/19/18; 11/20/18 | | | |
| Court Reporters or Tape No. | Maria Bustillos / Laura Elias / Chia Mei Jui / Anne Kielwasser | | | |
| Deputy Clerks | Kane Tien | | | |

**FILED**
CLERK, U.S. DISTRICT COURT

Nov 19, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____KT_____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Humberto M. Guizar | Cory M. Brente |
| Kent M. Henderson | Colleen R. Smith |
| Angel Carrazco, Jr. | Laura E. Inlow |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED EXHIBITS AND WITNESS LISTS | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Humberto Guizar, Esq. (SBN 125769); hguizar@ghclegal.com
Kent M. Henderson, Esq.  (SBN 139530); hendolaw@gmail.com
Angel Carrazco, Jr. (SBN 230845); angel@carrazcolawapc.com
GUIZAR, HENDERSON & CARRAZCO, LLP
18301 Irvine Boulevard
Tustin, CA  92780
Tel:  (714) 541-8600

Attorneys for Plaintiffs,
 TERESA DOMINGUEZ, et. al.

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DOMINGUEZ, et. al.,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF LOS ANGELES; EDEN MEDINA, et. al.<br><br>Defendants. | CASE NO.: 2:17-CV-04557-DMG-PLA<br><br>**PLAINTIFFS' 2nd AMENDED EXHIBIT LIST**<br><br>Pre-Trial Con. Date: 10/9/2018<br>Trial Date:          11/13/2018 |

**TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN**: Plaintiffs hereby submit the following Plaintiffs' 2nd Amended Exhibit List for the Trial in this matter regarding which exhibits may be utilized by Plaintiffs in their case in chief, defense, impeachment or rebuttal.

//

//

1

## PLAINTIFFS' EXHIBITS

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | FID Report and Statements (1606-2302)<br><br>Bate Stamped Pages:<br>• 1-28 to 1-93<br>• 1-468 to 1-477 | | |
| 2. | Combination of Exhibits Nos. 19 and 20 for demonstrative purposes | | |
| 3. | Reserved | | |
| 4. | Reserved | | |
| 5. | Reserved | | |
| 6. | Reserved | | |
| 7. | Reserved | | |
| 8. | Reserved | | |
| 9. | Reserved | | |
| 10. | Reserved | | |
| 11. | Reserved | | |
| 12. | Photographs of Scene | | |
| 13. | Photographs of Scene (3206-3332) | | |
| 14. | Photographs of scene (1130-1605)<br><br>Bate Stamped Pages:<br>• 14-10 NOV 1 4 2018 NOV 1 4 2018<br>• 14-11 NOV 1 4 2018 NOV 1 4 2018<br>• 14-12<br>• 14-14 NOV 1 4 2018 NOV 1 4 2018 | | |
| 15. | Photographs of revolver | | |

2

| | | | | |
|---|---|---|---|---|
| 16. | Photographs of Decedent:<br><br>Bate Stamped Pages:<br>• 16-8 | | NOV 1 3 2018 | NOV 1 3 2018 |
| 17. | Still Images from Officer Medina's Body Camera Video<br><br>Bate Stamped Pages:<br>• 17-1  NOV 1 3 2018  NOV 1 3 2018<br>• 17-2  NOV 1 3 2018  NOV 1 3 2018<br>• 17-9  NOV 1 5 2018  NOV 1 5 2018<br>• 17-28<br>• 17-40  NOV 1 4 2018  NOV 1 4 2018<br>• 17-41  NOV 1 4 2018  NOV 1 4 2018<br>• 17-46  NOV 1 4 2018  NOV 1 4 2018<br>• 17-49<br>• 17-54<br>• 17-58<br>• 17-59  NOV 1 4 2018  NOV 1 4 2018 | | | |
| 18. | Still Images from Officer Higareda's Body Camera Video<br>Bate Stamped Pages:<br>• 18-10  NOV 1 3 2018  NOV 1 3 2018<br>• 18-31  NOV 1 3 2018  NOV 1 3 2018<br>• 18-41  NOV 1 3 2018  NOV 1 3 2018<br>• 18-45 - 18.47  NOV 1 3 2018  NOV 1 3 2018<br>• 18-50  NOV 1 5 2018  NOV 1 5 2018<br>• 18-57  NOV 1 4 2018  NOV 1 4 2018<br>• 18-67  NOV 1 4 2018  NOV 1 4 2018 | | | |
| 19. | Officer Medina's Body Camera Video | NOV 1 4 2018 | NOV 1 4 2018 | |
| 20. | Officer Higareda's Body Camera Video | NOV 1 3 2018 | NOV 1 3 2018 | |
| 21. | Videos of Scene | | | |
| 22. | Surveillance Videos from the scene | | | |
| 23. | Video Excerpts from Defendant Medina's deposition | | | |
| 24. | Videos of revolver testing | | | |

3

| | | | |
|---|---|---|---|
| 25. | Audio recording of Alonzo Vazquez interview | | |
| 26. | Reserved | | |
| 27. | Audio recording of Officer Medina | | |
| 28. | Audio recording of Officer Higareda | | |
| 29. | Audio recording of other witnesses | | |
| 30. | Dispatch call | | |
| 31. | Reserved | | |
| 32. | LAPD Reports and Directives (1001-1129) 32-1 NOV 1 4 2018 32-8 NOV 1 4 2018 32-48 NOV 1 4 2018 Bate Stamped Pages:<br>• 32-3<br>• 32-6 NOV 1 4 2018 NOV 1 4 2018<br>• 32-9 to 32-12<br>• 32-37<br>• 32-38 NOV 1 4 2018 NOV 1 4 2018<br>• 32-40 NOV 1 4 2018 NOV 1 4 2018<br>• 32-37 NOV 1 4 2018 NOV 1 4 2018<br>• 32-48 | | |
| 33. | Intradepartmental Correspondence dated June 21, 2017 (2555-2561) | | |
| 34. | Reserved | | |
| 35. | Reserved | | |
| 36. | Expert Report and Curriculum Vitae of Roger Clark | | |
| 37. | Expert Report and Curriculum Vitae of Edward Flosi | | |
| 38. | Expert Report and Curriculum Vitae of Rocky Edwards | | |
| 39. | Exhibits to Deposition of Roger Clark | | |
| 40. | Exhibits to Deposition of Edward Flosi | | |
| 41. | Exhibits to Deposition of Rocky Edwards<br><br>Bate Stamped Pages: | | |

4

| | | | | |
|---|---|---|---|---|
| | • 41-6 to 41-30 | | | |
| 42. | Exhibits to Deposition of Paul Gliniecki, MD<br><br>Bate Stamped Pages:<br>• 42-42<br>• 42-45<br>• 42-53 | | | |
| 43. | Exhibits to Deposition of Eden Medina page 13 | NOV 16 2018 | NOV 16 2018 | |
| 44. | Exhibits to Deposition of Alejandro Higareda | | | |
| 45. | Reserved | | | |
| 46. | Autopsy Report for Jesse Romero<br><br>Bate Stamped Pages:<br>• 46-1 to 46-27 | | | |
| 47. | Officer Medina's Personnel file (2603-2991) | | | |
| 48. | Internal Affairs file for Officer Medina (2992-3190) | | | |
| 49. | Reserved | | | |
| 50. | Reserved | | | |
| 51. | Exhibits to Deposition of Norma Gonzalez, Pages 1-2 | NOV 14 2018 | NOV 14 2018 | |
| 52. | Exhibits to Deposition of Maria Valenzuela | | | |
| 53. | Exhibits to Deposition of Yazary Arita Pages 1, 6 | NOV 15 2018 | NOV 15 2018 | |
| 54. | Reserved | | | |
| 55. | Exhibits to Deposition of Julie Wilkinson | | | |
| 56. | Reserved | | | |
| 57. | Reserved | | | |
| 58. | Birth Certificate of Jesse Romero | | | |
| 59. | Death Certificate of Jesse Romero | | | |

5

| | | | |
|---|---|---|---|
| 60. | Jesse Romero's school records | | |
| 61. | Reserved | | |
| 62. | Google Maps of Area of Shooting Page 2 | NOV 15 2018 | NOV 15 2018 |
| 63. | National Consensus Policy and Discussion Paper on Use of Force | | |
| 64. | Emergency Medical Services records<br><br>Bate Stamped Pages:<br>• 64-1 to 64-5 | | |
| 65. | | | |
| 66. | | | |
| 67. | | | |
| 68. | | | |
| 69. | | | |
| 70. | | | |

Plaintiffs hereby reserve the right to amend, add to, or delete any of the above-listed information should it become necessary.

Respectfully Submitted,

DATED:  November 14, 2018

<div align="center">

**GUIZAR, HENDERSON & CARRAZCO, LLP**

/S/ Humberto Guizar

By: _____

</div>

HUMBERTO GUIZAR
KENT M. HENDERSON
ANGEL CARRAZCO, JR.
Attorneys for Plaintiffs

**COLLINSON, DAEHNKE, INLOW & GRECO**
Laura E. Inlow, Esq. State Bar No. 130584
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

*Attorneys for Defendant*, **EDEN MEDINA**

**Michael N. Feuer**, City Attorney- SBN 111529
**Thomas H. Peters**, Chief Assistant City Attorney- SBN 163388
**Cory M. Brente**, Assistant City Attorney- SBN 115453
**Colleen R. Smith**, Deputy City Attorney- SBN 209719
200 N. Main Street, 6th Fl., City Hall East
Los Angeles, CA 90012
Telephone: (213) 978-7027
Facsimile: (213) 978-8785

*Attorneys for Defendant*, **CITY OF LOS ANGELES**

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DOMINGUEZ, et. al., | CASE NO.:  2:17-CV-04557-DMG-PLA |
| Plaintiffs | **DEFENDANTS' JOINT SECOND** *AMENDED* **EXHIBIT LIST** |
| v. | |
| CITY OF LOS ANGELES; EDEN MEDINA, et. al. | Pre-Trial Con. Date:  10/9/2018<br>Trial Date:            11/13/2018 |
| Defendants. | |

1

**TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Defendants, by and through their respective counsel of record, hereby submit the following Defendants' Joint *Second Amended* Exhibit List identifying the exhibits that Defendants intend to use at trial in this matter. Defendants have withdrawn certain exhibits based on the Court's pretrial rulings. Defendants reserve the right to use those exhibits should Plaintiffs' open the door to their use.

## DEFENDANTS' JOINT EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1000. | LAPD 911 recordings | | |
| 1001. | Transcript of LAPD 911 recordings | | |
| 1002. | Incident Recall Printouts (DEFT 1100-1111; 1113-1129), Pages 1 | NOV 1 4 2018 | NOV 1 4 2018 |
| 1003. | LAPD communications recording #1 | NOV 1 4 2018 | NOV 1 4 2018 |
| 1004. | Transcript of LAPD communications recording #1 | NOV 1 4 2018 | NOV 1 4 2018 |
| 1005. | LAPD communications recording #2 and transcript | | |
| 1006. | LAPD Body Worn Video from Officer Medina | NOV 1 4 2018 | NOV 1 4 2018 |
| 1007. | LAPD Body Worn Video from Officer Higareda | NOV 1 5 2018 | NOV 1 5 2018 |
| 1008. | Surveillance Videos of the incident | | |
| 1009-1. | Still photographs from Body Worn Videos and Surveillance Videos | NOV 1 5 2018 | NOV 1 5 2018 |
| 1009-2. | Still photographs from Body Worn Videos and Surveillance Videos | NOV 1 5 2018 | NOV 1 5 2018 |
| 1009-3. | Still photographs from Body Worn Videos and Surveillance Videos | NOV 1 4 2018 | NOV 1 4 2018 |
| 1009-4. | Still photographs from Body Worn Videos and Surveillance Videos | | |

2

| | | | |
|---|---|---|---|
| 1009-5. | Still photographs from Body Worn Videos and Surveillance Videos | NOV 1 4 2018 | NOV 1 4 2018 |
| 1009-6. | Still photographs from Body Worn Videos and Surveillance Videos | NOV 1 4 2018 | NOV 1 4 2018 |
| 1009-7. | Still photographs from Body Worn Videos and Surveillance Videos | NOV 1 4 2018 | NOV 1 4 2018 |
| 1009-8. | Still photographs from Body Worn Videos and Surveillance Videos | NOV 1 4 2018 | NOV 1 4 2018 |
| 1010-1. | Photographs of the scene | | |
| 1010-2. | Photographs of the scene | NOV 1 5 2018 | NOV 1 5 2018 |
| 1010-3. | Photographs of the scene | | |
| 1010-4. | Photographs of the scene | NOV 1 4 2018 | NOV 1 4 2018 |
| 1010-5. | Photographs of the scene | NOV 1 4 2018 | NOV 1 4 2018 |
| 1010-6. | Photographs of the scene | | |
| 1010-7. | Photographs of the scene | NOV 1 4 2018 | NOV 1 4 2018 |
| 1010-8. | Photographs of the scene | NOV 1 4 2018 | NOV 1 4 2018 |
| 1010-9. | Photographs of the scene | NOV 1 4 2018 | NOV 1 4 2018 |
| 1010-10. | Photographs of the scene | | |
| 1010-11. | Photographs of the scene | | |
| 1010-12. | Photographs of the scene | | |
| 1010-13. | Photographs of the scene | | |
| 1010-14. | Photographs of the scene | | |
| 1010-15. | Photographs of the scene | NOV 1 4 2018 | NOV 1 4 2018 |
| 1010-16. | Photographs of the scene | | |
| 1010-17. | Photographs of the scene | NOV 1 4 2018 | NOV 1 4 2018 |
| 1010-18. | Photographs of the scene | | |
| 1010-19. | Photographs of the scene | | |
| 1010-20. | Photographs of the scene | | |

3

**JOINT AMENDED EXHIBIT LIST**

| 1010-21. | Photographs of the scene | | |
|---|---|---|---|
| 1010-22. | Photographs of the scene | | |
| 1010-23. | Photographs of the scene | | |
| 1010-24. | Photographs of the scene | | |
| 1010-25. | Photographs of the scene | | |
| 1010-26 | Photographs of the scene | NOV 1 4 2018 | NOV 1 4 2018 |
| 1011-2. | Photographs of the initial location of the call for service | NOV 1 5 2018 | NOV 1 5 2018 |
| 1011-3. | Photographs of the initial location of the call for service | | |
| 1011-4. | Photographs of the initial location of the call for service | | |
| 1012-1. | Google maps of the location of the incident | | |
| 1012-2. | Google maps of the location of the incident | | |
| 1012-3. | Google maps of the location of the incident | NOV 1 5 2018 | NOV 1 5 2018 |
| 1012-4. | Google maps of the location of the incident | | |
| 1013. | November 11, 2016 LAPD Forensic Science Division Laboratory Report re DNA (DEFT 1030-1031) | | |
| 1014. | November 18, 2016 LAPD Forensic Science Division Laboratory Report (DEFT 1066-1067) | | |
| 1015. | January 5, 2017 LAPD Forensic Science Division Laboratory Report re Drop test (DEF 1071-1074) pages 1-4 | NOV 1 4 2018 | NOV 1 4 2018 |
| 1016. | March 10, 2017 LAPD Forensic Science Division Laboratory Report re collection of evidence (DEFT 1023) | | |
| 1017. | March 10, 2017 LAPD Forensic Science Division Laboratory Report re gun swab (DEFT 1029) | | |
| 1018. | May 3, 2017 LAPD Forensic Science Division Laboratory Report re firearm | | |

4

**JOINT AMENDED EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | exam results (DEFT 1076-1077) | | |
| | 1019. | June 14, 2017 LAPD Forensic Science Division Laboratory Report re distance determination (DEFT 1082-1085) | | |
| | 1020. | June 14, 2017 LAPD Forensic Science Division Laboratory Report re GSR-Clothing (strap) (DEFT 1086) | | |
| | 1021. | August 15, 2016 LAPD Property Report (DEFT 1024-1027) | | |
| | 1022. | August 16, 2016 LAPD Property Report (DEFT 3194) | | |
| | 1023. | September 13, 2016 LAPD Property Report and Receipt re 2240 Cesar Chavez DVR (DEFT 1078-1080) | | |
| | 1024. | December 28, 2016 LAPD Property Report (DEFT 1075) | | |
| | 1025. | August 12, 2016 LAPD Analyzed Evidence Report re prints on gun (DEFT 1028) | | |
| | 1026-1. | LAPD photos of Jesse Romero's revolver and measurements | | |
| | 1026-2. | LAPD photos of Jesse Romero's revolver and measurements | | |
| | 1026-3. | LAPD photos of Jesse Romero's revolver and measurements | | |
| | 1026-4. | LAPD photos of Jesse Romero's revolver and measurements | | |
| | 1026-5. | LAPD photos of Jesse Romero's revolver and measurements | | |
| | 1026-6. | LAPD photos of Jesse Romero's revolver and measurements | NOV 1 4 2018 | NOV 1 4 2018 |
| | 1026-7. | LAPD photos of Jesse Romero's revolver and measurements | NOV 1 4 2018 | NOV 1 4 2018 |
| | 1026-8. | LAPD photos of Jesse Romero's revolver and measurements | NOV 1 4 2018 | NOV 1 4 2018 |
| | 1026-9. | LAPD photos of Jesse Romero's revolver and measurements | | |
| | 1026-10. | LAPD photos of Jesse Romero's revolver and measurements | | |
| | 1026-11. | LAPD photos of Jesse Romero's | | |

**JOINT AMENDED EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | | revolver and measurements | | |
| 1026-12. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-13. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-14. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-15. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-16. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-17. | LAPD photos of Jesse Romero's revolver and measurements | NOV 1 4 2018 | NOV 1 4 2018 | |
| 1026-18. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-19. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-20. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-21. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-22. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-23. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-24. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-25. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-26. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1026-27. | LAPD photos of Jesse Romero's revolver and measurements | | | |
| 1027.–21 | County of Los Angeles Coroner's Office Autopsy Report re Jesse Romero (DEFT 1035-1061) | NOV 1 4 2018 | NOV 1 4 2018 | |
| 1028. | County of Los Angeles Coroner's Office Investigator's Narrative (DEFT 1032-1034) | NOV 1 4 2018 | NOV 1 4 2018 | |
| 1029. | County of Los Angeles Coroner's | | | |

6

**JOINT AMENDED EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| | Office Forensic Science Laboratories Laboratory Analysis Summary Report (DEFT 1063) | | | |
| 1030. | County of Los Angeles Coroner's Office Coroner's Report re GSR (DEFT 1065) | NOV 1 4 2018 | NOV 1 4 2018 | |
| 1031. | January 13, 2017 U.S. Department of Justice Bureau of Alcohol, Tobacco, Firearms and Explosives Firearms Trace Report (DEFT 1068) | | | |
| 1032. | Video of Julie Wilkinson's testing of Jesse Romero's gun, Page 2 | NOV 1 4 2018 | NOV 1 4 2018 | |
| 1033. | **WITHDRAWN BASED ON COURT'S PRETRIAL RULINGS** [March 4, 2016 LAPD Gang Field Interview Card re Jessie Romero (DEFT 2602)] | | | |
| 1034. | **WITHDRAWN BASED ON COURT'S PRETRIAL RULINGS** [Photo of graffiti taken by LAPD Officer Jesus Campos (DEFT 3335)] | | | |
| 1035. | **WITHDRAWN BASED ON COURT'S PRETRIAL RULINGS** [Handwritten notes of Amy Roa (DEFT 3333-3334)] | | | |
| 1036. | **WITHDRAWN BASED ON COURT'S PRETRIAL RULINGS** [Photos of Jesse Romero from Facebook and other social media] | | | |
| 1037. | Jesse Romero's School Records | | | |
| 1038. | WITHDRAWN | | | |
| 1039. | LAPD Use of Force-Tactics Directive | NOV 1 5 2018 | | |
| 1040. | Facebook Video | NOV 1 4 2018 | | |
| 1041. | Facebook photo of Jesus Romero Garcia | NOV 1 4 2018 | | |
| 1042. | [Reserved] | | | |
| 1043. | [Reserved] | | | |

7

**JOINT AMENDED EXHIBIT LIST**

1        Defendants hereby reserve the right to amend, add to, or delete any of the

2  above-listed information should it become necessary.

3

4  Respectfully Submitted,

5

6  DATED: November 13, 2018     **MICHAEL N. FEUER**, City Attorney

7                                **THOMAS H. PETERS**, Chief Assistant City Attorney

                                    **CORY M. BRENTE**, Supv. Assistant City Attorney

8

9                                  By: _____*/s/ Colleen R. Smith*_____.

                                  **COLLEEN R. SMITH**, Deputy City Attorney

10                                *Attorneys for Defendant,* **CITY OF LOS ANGELES**

11

12  DATED:  November 13, 2018   **COLLINSON, DAEHNKE, INLOW & GRECO**

13                                  By: ____*/s/ Laura E. Inlow*_____

14                                  **LAURA E. INLOW**

                                  *Attorneys for Defendant,* **EDEN MEDINA**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

1  Humberto Guizar, Esq. (SBN 125769); hguizar@ghclegal.com
2  Kent M. Henderson, Esq.  (SBN 139530); hendolaw@gmail.com
   Angel Carrazco, Jr. (SBN 230845); angel@carrazcolawapc.com
3  GUIZAR, HENDERSON & CARRAZCO, LLP
4  18301 Irvine Boulevard
   Tustin, CA  92780
5  Tel:   (714) 541-8600
6  Fax:  (714) 541-8601

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 TERESA DOMINGUEZ, et. al.,          )   CASE NO.:
                                       )   2:17-CV-04557-DMG-PLA
12                Plaintiffs           )
                                       )   **PLAINTIFFS' AMENDED**
13                                     )   **WITNESS LIST**
                                       )
14                v.                   )
                                       )   Pre-Trial Conf. Date:  10/9/2018
15                                     )   Trial Date:            11/13/2018
   CITY OF LOS ANGELES; EDEN          )
16 MEDINA, et. al.                     )
                                       )
17                                     )
                Defendants.            )
18                                     )
                                       )
19                                     )

20      **TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR**

21 **ATTORNEYS OF RECORD HEREIN:**

22         Plaintiffs, by and through their counsel of record, do hereby submit Plaintiffs'

23 Witness List in accordance with the FRCP and Local Rule 16-5.  The identifying and

24 contact information can be found in the reports, Initial Disclosures, Responses to

25 Interrogatories, and other materials previously exchanged by the parties.

26 //

27 //

28

                                       1

| No. | Witness Name | Description Testimony | Direct | Cross |
|-----|--------------|----------------------|--------|-------|
| 1. | Defendant Eden Medina<br><br>NOV 1 3 2018<br><br>NOV 1 4 2018 | Will be questioned about previous training, custom and practice and experience including use of force, receiving the call, information known, Los Angeles Police Department's Use of Force Policies, Foot Pursuit Policies, all other policies and procedures, violation of policies and procedures governing use of force, foot pursuit and other policies and procedures, tactics, chasing Decedent, use of force, shooting Decedent, actions afterwards and damages and issues relating to Plaintiffs' claims for relief. | 1.5 | 2.0 |
| 2. | Officer Alejandro Higareda<br><br>NOV 1 5 2018 | Will testify as to the events, incidents and information he perceived prior to Decedent's shooting. | .75 | 1.5 |
| 3. | Norma Gonzalez<br>NOV 1 4 2018 | Will testify as to eyewitness events at the scene | .75 | .75 |
| 4. | Maria Valenzuela | Will testify as to eyewitness events at the scene | .75 | .50 |
| 5. | Alonso Vazquez #39377 | Viewing of surveillance videos | .50 | .50 |
| 6. | Christopher Gschweng* | EMT at scene | .10 | .50 |
| 7. | Paul Gliniecki, M.D.<br><br>NOV 1 4 2018 | Will testify as to results of his autopsy, cause of death, location on the body of bullets entry and exit, bullet trajectories, damage to organs and bodily structures, lethal and non-lethal shots. | .75 | 1.0 |

2

PLAINTIFFS' AMENDED WITNESS LIST

| | | | | |
|---|---|---|---|---|
| 8. | Kristy McKracken | Coroner Investigator at scene, GSR Kit at scene | .50 | .75 |
| 9. | Debra K. Gibson NOV 1 4 2018 | Gunshot Residue analysis | .25 | .75 |
| 10. | Julie Wilkinson NOV 1 4 2018 | Evidence collection, Bullet path analysis Examined and test-fired revolver. | .50 | .75 |
| 11. | Alan Perez* | Evidence collection, Bullet path analysis | .25 | .50 |
| 12. | Meghan Cirivello * | DNA analysis of revolver | .25 | .50 |
| 13. | Collin Yamauchi | Gunshot residue analysis on cloth strap/belt | .25 | .50 |
| 14. | Yazary Arita | Will testify as to eyewitness events at the scene | .50 | .75 |
| 15. | Rocky Edwards NOV 1 6 2018 | Defendants' expert, Forensic Firearm evaluation | .50 | 1.50 |
| 16. | Roger Clark NOV 1 5 2018 | Will testify and provide expert opinions regarding police practices, procedures, use of force, this incident, custom, policy and practice and all other matters within the area of Mr. Clark's expertise, including claims for relief. | 1.50 | 2.0 |
| 17. | Plaintiff Teresa Dominguez | Will testify about damages | .75 | 1.0 |
| 18. | Plaintiff Jesus Romero Garcia | Will testify about damages | .75 | 1.0 |
| 19. | | | | |

3

**PLAINTIFFS' AMENDED WITNESS LIST**

DATED:  November 7, 2018          **GUIZAR, HENDERSON & CARRAZCO**


By: _/S/ Humberto Guizar_____

Humberto Guizar
Attorneys for Plaintiffs

4

# AMENDED JOINT TRIAL WITNESS TIME ESTIMATE FORM

**Case No. and Title:** <u>2:17-CV-04557-DMG-PLA  Dominguez et al. v. City of Los Angeles, et al.</u>

**Trial Date:** <u>11/13/2018</u>

| | JOINT WITNESSES | | | |
|---|---|---|---|---|
| **No.** | Witness | | | |
| 1. | **MEDINA, EDEN** | | | |
| | Direct Examiner: Humberto Guizar | Plaintiff | Direct Exam Time Est.: | 1.5 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 2.0 hrs |
| | Brief Description of Testimony: | Defendant - Party to the Use of Force Event | | |
| 2. | **HIGAREDA, ALEJANDRO** | | | |
| | Direct Examiner: Humberto Guizar | Plaintiff | Direct Exam Time Est.: | 0.75 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 1.5 hrs |
| | Brief Description of Testimony: | Eye Witness to the Use of Force Event | | |
| 3. | **CLARK, ROGER** | | | |
| | Direct Examiner: Humberto Guizar | Plaintiff | Direct Exam Time Est.: | 1.5 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 2.0 hrs |
| | Brief Description of Testimony: | Plaintiffs' police practices and use of force expert | | |
| 4. | **WILKINSON, JULIE** | | | |
| | Direct Examiner: Humberto Guizar | Plaintiff | Direct Exam Time Est.: | 0.50 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 0.75 hrs |
| | Brief Description of Testimony: | Defendants' non-retained expert, examination of scene | | |
| 5. | **GLINIECKI, PAUL** | | | |
| | Direct Examiner: Kent Henderson | Plaintiff | Direct Exam Time Est.: | 0.75 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 1.0 hrs |
| | Brief Description of Testimony: | Autopsy of Decedent and related issues regarding body position | | |

AMENDED JOINT TRIAL WITNESS TIME ESTIMATE FORM

**Case No. and Title: 2:17-CV-04557-DMG-PLA  Dominguez et al. v. City of Los Angeles, et al.**

**Trial Date: 11/13/2018**

| | | | | |
|---|---|---|---|---|
| 6. | **McKRACKEN, KRISTY** | | | |
| | Direct Examiner: Kent Henderson | Plaintiff | Direct Exam Time Est.: | 0.50 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 0.75 hrs |
| | Brief Description of Testimony: | Coroner investigator at scene and GSR Kit at scene | | |
| 7. | **GIBSON, DEBRA** | | | |
| | Direct Examiner:  Kent Henderson | Plaintiff | Direct Exam Time Est.: | 0.25 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 0.75 hrs |
| | Brief Description of Testimony: | Gunshot Residue analysis | | |
| 8. | **PEREZ, ALAN** | | | |
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Humberto Guizar/Tiffany Chung | Plaintiff | Cross Exam Time Est.: | 0.30 hr |
| | Brief Description of Testimony: | Evidence collection and bullet path analysis | | |
| 9. | **SANCHEZ, JANET*** | | | |
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Kent Henderson | Plaintiff | Cross Exam Time Est.: | 0.25 hr |
| | Brief Description of Testimony: | Evidence collection | | |
| 10. | **CIRIVELLO, MEGHAN** | | | |
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Plaintiff | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Kent Henderson/Humberto Guizar | Defendants | Cross Exam Time Est.: | 0.25 hr |
| | Brief Description of Testimony: | DNA analysis of revolver | | |

## AMENDED JOINT TRIAL WITNESS TIME ESTIMATE FORM

**Case No. and Title: <u>2:17-CV-04557-DMG-PLA  Dominguez et al. v. City of Los Angeles, et al.</u>**

**Trial Date: <u>11/13/2018</u>**

| | | | | |
|---|---|---|---|---|
| 11. | **WATTS, LARKYN** | | | |
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.75 hrs |
| | Cross Examiner: Kent Henderson/Humberto Guizar | Plaintiff | Cross Exam Time Est.: | 0.25 hr |
| | Brief Description of Testimony: | Examination of revolver for fingerprints | | |
| 12. | **FLOSI, EDWARD** | | | |
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 2.0 hrs |
| | Cross Examiner: Humberto Guizar | Plaintiff | Cross Exam Time Est.: | 0.50 hr |
| | Brief Description of Testimony: | Defendants' expert; Police practices, tactics, and use of force. | | |
| 13. | **EDWARDS, ROCKY** | | | |
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 1.5 hrs |
| | Cross Examiner: Kent Henderson | Plaintiff | Cross Exam Time Est.: | 0.50 hr |
| | Brief Description of Testimony: | Defendants' expert, Forensic Firearm evaluation | | |
| 14. | **YAMAUCHI, COLLIN** | | | |
| | Direct Examiner: Humberto Guizar | Plaintiff | Direct Exam Time Est.: | 0.25 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 0.50 hrs |
| | Brief Description of Testimony: | Gunshot residue analysis on cloth strap/belt | | |
| 15. | **DOMINGUEZ, TERESA** | | | |
| | Direct Examiner: Humberto Guizar/Tiffany Chung | Plaintiff | Direct Exam Time Est.: | 0.75 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 1.0 hrs |
| | Brief Description of Testimony: | Plaintiff, mother of decedent Jesse Romero | | |
| 16. | **GARCIA, JESUS ROMERO** | | | |
| | Direct Examiner: Humberto Guizar/Tiffany Chung | Plaintiff | Direct Exam Time Est.: | 0.75 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 1.0 hrs |
| | Brief Description of Testimony: | Plaintiff, father of decedent Jesse Romero | | |

NOV 1 6 2018

AMENDED JOINT TRIAL WITNESS TIME ESTIMATE FORM

**Case No. and Title: <u>2:17-CV-04557-DMG-PLA  Dominguez et al. v. City of Los Angeles, et al.</u>**

**Trial Date: <u>11/13/2018</u>**

<table>
<tr><td rowspan="3">17.</td><td colspan="5"><b>GAHRY, HEATHER</b></td></tr>
<tr><td>Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith</td><td>Defendants</td><td>Direct Exam Time Est.:</td><td>0.75 hrs</td></tr>
<tr><td>Cross Examiner: Humberto Guizar</td><td>Plaintiff</td><td>Cross Exam Time Est.:</td><td>0.50 hr</td></tr>
<tr><td></td><td>Brief Description of Testimony:</td><td colspan="3">Detective for administrative team of FID investigation</td></tr>

<tr><td rowspan="4">18.</td><td colspan="5"><b>VAZQUEZ, ALONSO</b></td></tr>
<tr><td>Direct Examiner: Humberto Guizar</td><td>Plaintiff</td><td>Direct Exam Time Est.:</td><td>0.30 hr</td></tr>
<tr><td>Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith</td><td>Defendants</td><td>Cross Exam Time Est.:</td><td>0.5 hrs</td></tr>
<tr><td>Brief Description of Testimony:</td><td colspan="3">Percipient witness regarding location of firearm after the shooting - Officer who viewed surveillance footage of the scene without authority from FID, tampering with evidence  Defendants object to this argumentative description.</td></tr>

<tr><td rowspan="4">19.</td><td colspan="5"><b>GSCHWENG, CHRISTOPHER*</b></td></tr>
<tr><td>Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith</td><td>Defendants</td><td>Direct Exam Time Est.:</td><td>0.5 hrs</td></tr>
<tr><td>Cross Examiner: Kent Henderson</td><td>Plaintiff</td><td>Cross Exam Time Est.:</td><td>0.10 hr</td></tr>
<tr><td>Brief Description of Testimony:</td><td colspan="3">EMT Paramedic at scene</td></tr>

<tr><td rowspan="4">20.</td><td colspan="5"><b>GONZALEZ, NORMA</b></td></tr>
<tr><td>Direct Examiner: Humberto Guizar/Tiffany Chung</td><td>Plaintiffs</td><td>Direct Exam Time Est.:</td><td>0.75 hr</td></tr>
<tr><td>Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith</td><td>Defendants</td><td>Cross Exam Time Est.:</td><td>0.75 hrs</td></tr>
<tr><td>Brief Description of Testimony:</td><td colspan="3">Percipient witness - Eye witness to shooting</td></tr>

<tr><td rowspan="4">21.</td><td colspan="5"><b>VALENZUELA, MARIA</b></td></tr>
<tr><td>Direct Examiner: Humberto Guizar/Tiffany Chung</td><td>Plaintiff</td><td>Direct Exam Time Est.:</td><td>0.75 hrs</td></tr>
<tr><td>Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith</td><td>Defendants</td><td>Cross Exam Time Est.:</td><td>0.50 hr</td></tr>
<tr><td>Brief Description of Testimony:</td><td colspan="3">Percipient witness - Eye witness to shooting</td></tr>
</table>

AMENDED JOINT TRIAL WITNESS TIME ESTIMATE FORM

**Case No. and Title:** <u>2:17-CV-04557-DMG-PLA  Dominguez et al. v. City of Los Angeles, et al.</u>

**Trial Date:** <u>11/13/2018</u>

| | | | | |
|---|---|---|---|---|
| 22. | **ARITA, YAZARY** NOV 1 5 2018 | | | |
| | Direct Examiner: Humberto Guizar/Tiffany Chung | Plaintiff | Direct Exam Time Est.: | 0.50 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 0.75 hrs |
| | Brief Description of Testimony: | Percipient witness - Eye witness to shooting | | |
| 23. | **LOPEZ, MIGUEL** | | | |
| | Direct Examiner:  Humberto Guizar | Plaintiff | Direct Exam Time Est.: | 0.25 hr |
| | Cross Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Cross Exam Time Est.: | 0.50 hrs |
| | Brief Description of Testimony: | Incident Commander in charge | | |
| | <div align="center">**DEFENDANTS' WITNESSES**</div> | | | |
| 24. | **LOPEZ, RUBEN\*** | | | |
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Humberto Guizar/Kent Henderson | Plaintiff | Cross Exam Time Est.: | 0.50 hr |
| | Brief Description of Testimony: | Sergeant that responded to the scene after the shooting | | |
| 25. | **VASQUEZ, JOSE\*** | | | |
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Humberto Guizar/Kent Henderson | Plaintiff | Cross Exam Time Est.: | 0.50 hr |
| | Brief Description of Testimony: | Sergeant that responded to the scene after the shooting | | |
| 26. | **SUGIMOTO, NORMAN\*** | | | |
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.75 hrs |
| | Cross Examiner: Humberto Guizar | Plaintiff | Cross Exam Time Est.: | 0.25 hr |
| | Brief Description of Testimony: | LAPD photographer will testify about any photographs that he took | | |

AMENDED JOINT TRIAL WITNESS TIME ESTIMATE FORM

**Case No. and Title: 2:17-CV-04557-DMG-PLA  Dominguez et al. v. City of Los Angeles, et al.**

**Trial Date: 11/13/2018**

| 27. | ROA, AMY | | | |
|---|---|---|---|---|
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Humberto Guizar | Plaintiff | Cross Exam Time Est.: | 0.25 hr |
| | Brief Description of Testimony: | Community liaison that met with Teresa Dominguez concerning Jesse Romero's involvement with gangs. | | |

| 28. | MOODY, JESSICA* | | | |
|---|---|---|---|---|
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Kent Henderson | Plaintiff | Cross Exam Time Est.: | 0.25 hr |
| | Brief Description of Testimony: | She will testify about her collection and analysis of evidence in this case. | | |

| 29. | MCELREA, AARON* | | | |
|---|---|---|---|---|
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Kent Henderson | Plaintiff | Cross Exam Time Est.: | 0.25 hr |
| | Brief Description of Testimony: | He will testify about his collection and analysis of evidence in this case. | | |

| 30. | PHELPS, AMANDA* | | | |
|---|---|---|---|---|
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Kent Henderson | Plaintiff | Cross Exam Time Est.: | 0.25 hr |
| | Brief Description of Testimony: | She will testify about her collection and analysis of evidence in this case. | | |

| 31. | RATHINAM, SRINIVASAN* | | | |
|---|---|---|---|---|
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Kent Henderson | Plaintiff | Cross Exam Time Est.: | 0.25 hr |
| | Brief Description of Testimony: | He will testify about any firearms he analyzed and reports he reviewed or authored. | | |

| 32. | CRUZ, MATTHEW | | | |
|---|---|---|---|---|
| | Direct Examiner: Laura Inlow and Cory Brente/Colleen Smith | Defendants | Direct Exam Time Est.: | 0.50 hrs |
| | Cross Examiner: Humberto Guizar | Plaintiff | Cross Exam Time Est.: | 0.25 hr |
| | Brief Description of Testimony: | Percipient witness to the shooting. Plaintiffs object to this witness, who failed to appear at deposition. | | |

AMENDED JOINT TRIAL WITNESS TIME ESTIMATE FORM

**Case No. and Title: <u>2:17-CV-04557-DMG-PLA  Dominguez et al. v. City of Los Angeles, et al.</u>**

**Trial Date: <u>11/13/2018</u>**

\* Denotes those witnesses that will be called if necessary.

DATED:  October 31, 2018

**GUIZAR, HENDERSON & CARRAZCO, LLP**

/S/ Humberto Guizar

By: _____

HUMBERTO GUIZAR
KENT M. HENDERSON
ANGEL CARRAZCO, JR.
Attorneys for Plaintiffs

DATED:  October 31, 2018

**CARRILLO LAW FIRM**

/S/ Michael Carrillo

By: _____

MICHAEL S. CARRILLO
LUIS CARRILLO
Attorneys for Plaintiffs

Dated: October 31, 2018

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Supervising Assist. City Attorney

By:  _/s/ Colleen R. Smith_____,
**COLLEEN R. SMITH**, Deputy City Attorney
*Attorneys for Defendant* **CITY OF LOS ANGELES**

Dated: October 31, 2018

**COLLINSON, DAEHNKE, INLOW & GRECO**

By:  _/s/ Laura E. Inlow_____,
**LAURA E. INLOW**, Esq.
*Attorneys for Defendant*, **EDEN MEDINA**