

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DOMINGUEZ, et al., | Case No. CV 17-4557-DMG (PLAx) |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| CITY OF LOS ANGELES, et al., | **REDACTED AS TO THE FOREPERSON'S NAME** |
| Defendants. | |

We, the jury in the above-entitled action, reach our unanimous verdict on the following questions submitted to us:

### § 1983 CLAIM: FOURTH AMENDMENT VIOLATION – EXCESSIVE FORCE

Question No. 1:   On Plaintiffs' claim for violation of Jesse Romero's Fourth Amendment right to be free from excessive force, did Plaintiffs prove their claim by a preponderance of the evidence? (check one)

_____ Yes

__✓__ No

If your response to Question No. 1 is "Yes," answer Question No. 2. If your response to Question No. 1 is "No," skip Question Nos. 2 and 3 and proceed to Question No. 4.

### 1983 CLAIM: FOURTEENH AMENDMENT VIOLATION – INTERFERENCE WITH FAMILIAL RELATIONSHIP

Question No. 2:   On Plaintiffs' claim for violation of their Fourteenth Amendment right to a familial relationship with Jesse Romero, did Plaintiffs prove their claim by a preponderance of the evidence? (check one)

_____ Yes

_____ No

If your answer is "Yes" in response to Question Nos. 1 or 2, answer Question Nos. 3 and 4. If your answer is "No" in response to Question Nos. 1 and 2, skip Question No. 3 and proceed to Question No. 4.

## § 1983 CLAIMS: PUNITIVE DAMAGES

Question No. 3: Did Plaintiffs prove by a preponderance of the evidence that when Defendant Officer Medina (1) violated Jesse Romero's Fourth Amendment right to be free from excessive force or (2) violated Plaintiffs' Fourteenth Amendment right to a familial relationship with Jesse Romero, Defendant Officer Medina engaged in the conduct with malice, oppression, or reckless disregard of Jesse Romero's rights? (Check one)

\_\_\_\_\_ Yes

\_\_\_\_\_ No

## State Law Claim for Wrongful Death

Question No. 4: On Plaintiffs' state law claim for wrongful death based on battery by a peace officer, did Plaintiffs prove their claim by a preponderance of the evidence? (check one)

\_\_\_\_\_ Yes

✓ No

Question No. 5: On Plaintiffs' state law claim for wrongful death based on use of unreasonable force by law enforcement officer, did Plaintiffs prove their claim by a preponderance of the evidence? (check one)

\_\_\_\_\_ Yes

✓ No

If your answer is "Yes" in response to Question No. 5, answer Question No. 6. If your answer is "No" in response to Question No. 5, skip Question No. 6.

-3-

Question No. 6:   On Plaintiffs' state law claim for wrongful death based on use of unreasonable force by law enforcement officer, state the percentage of fault, if any, attributable to each:

_____%   Defendant Officer Medina

_____%   Decedent Jesse Romero

DATE: 19 November 2018

███████████████
Presiding Juror