JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teresa Dominguez, et al., | CASE NUMBER |
| | |
| PLAINTIFFS | _____ CV 17-4557-DMG (PLAx) _____ |
| v. | |
| City of Los Angeles, et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANTS** |
| DEFENDANTS. | |

This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants; Plaintiffs take nothing; and the action is dismissed on the merits pursuant to the verdict filed on November 19, 2018.

Clerk, U. S. District Court

Dated: <u>November 19, 2018</u>     By <u>    Kane Tien                          </u>
                                            Deputy Clerk