UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TERESA DOMINGUEZ, individually and as Successor in Interest of Jesse Romero and JESUS ROMERO GARCIA, individually, and as Successor in Interest of Jesse Romero,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>CITY OF LOS ANGELES, an entity and EDEN MEDINA, an individual police officer with City of Los Angeles Police Department,<br><br>      Defendants - Appellees. | No. 19-55590<br><br>D.C. No. 2:17-cv-04557-DMG-PLA<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

    The judgment of this Court, entered November 19, 2020, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7