# UNITED STATES DISTRICT COURT

## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Teresa Dominguez, et al.

            V.                           Case Number:   2:17-cv-04557-DMG (PLAx)

City of Los Angeles, et al.

Judgment was entered in this action on __11/20/2018__ / __209__ against __Plaintiffs__ .
                                              Date       Docket No.

### NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Clerk's Fees (L.R. 54-3.1):……………………………………………………………… | |
| Fees for Service of Process (L.R. 54-3.2): ……………………………………………… | |
| United States Marshal's Fees (L.R. 54-3.3):……………………………………………… | |
| Transcripts of Court Proceedings (L.R. 54-3.4):………………………………………… | |
| Depositions (L.R. 54-3.5): ……………………………………………………………… | |
| Witness Fees - itemize on page 2 (L.R. 54-3.6):………………………………………… | |
| Interpreter's Fees (L.R. 54-3.7):………………………………………………………… | |
| Docket Fees (L.R. 54-3.8): ……………………………………………………………… | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9):……… | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): ………… | |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): ………………………………… | |
| Other Costs - attach court order (L.R. 54-3.12):………………………………………… | |
| State Court Costs (L.R. 54-3.13):……………………………………………………… | |
| Costs on Appeal (L.R. 54-4): …………………………………………………………… | $990.70 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): ……………………… | |
| **TOTAL** | $990.70 |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

/s/ Jonathan H. Eisenman
Signature

Jonathan H. Eisenman
Print Name

Attorney for: The City of Los Angeles and Officer Eden Medina

Costs are taxed in the amount of _____

                         By: _____

Clerk of Court                           Deputy Clerk                           Date