MICHAEL N. FEUER, City Attorney – SBN 111529
KATHLEEN A. KENEALY, Chief Deputy City Attorney – SBN 212289
SCOTT MARCUS, Senior Assistant City Attorney – SBN 184980
BLITHE S. BOCK, Assistant City Attorney – SBN 163567
JONATHAN H. EISENMAN, Deputy City Attorney – SBN 279291
200 North Main Street, 7th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-2212  Fax No.: (213) 978-0763
Email: jonathan.eisenman@lacity.org

*Attorneys for Defendants* CITY OF LOS ANGELES and EDEN MEDINA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA DOMINGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. CV17-04557 DMG (PLAx) <br><br> **NOTICE OF MOTION TO AWARD TAXED COSTS JOINTLY AND SEVERALLY AGAINST PLAINTIFFS' COUNSEL (28 U.S.C. § 1927)** <br><br> Judge: Hon. Dolly M. Gee <br> Hearing Date: June 4, 2021 <br> Time: 9:30 a.m. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 4, 2021 at 9:30 a.m., or as soon thereafter as this motion may be heard in Courtroom 8C of the above-titled Court, located at 350 W. 1st Street, Los Angeles, California, 90012, Defendants the City of Los Angeles and Eden Medina will and hereby do move for an order deeming $889.10 of the costs previously taxed against Plaintiffs to be awarded joint and severally against Plaintiffs' counsel pursuant to 28 U.S.C. § 1927.

The motion is based on this notice, the accompanying memorandum of points and authorities, the concurrently filed declaration of Jonathan H. Eisenman, the Application to the Clerk to Tax Costs and evidence attached thereto (Doc. No. 261), and the Clerk's April 6, 2021 Order (Doc. No. 262) granting costs—as well as oral argument offered at any hearing on this motion.

The motion is made following the conference of counsel pursuant to Local Rule 7-3.  The conference took place via formal correspondence dated December 16, 2020 and December 31, 2020, an exchange of correspondence on January 7, 2021, and further correspondence sent on April 6, 2021.

Respectfully submitted,

Dated:  April 14, 2021

LOS ANGELES CITY ATTORNEY'S OFFICE
  Michael N. Feuer
  Kathleen A. Kenealy
  Scott Marcus
  Blithe S. Bock
  Jonathan H. Eisenman

/s/ Jonathan H. Eisenman

By: Jonathan H. Eisenman, Deputy City Attorney
*Attorneys for Defendants*
CITY OF LOS ANGELES and EDEN MEDINA