**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA DOMINGUEZ, et al., | Case No. CV 17-4557-DMG (PLAx) |
| Plaintiffs, | |
| v. | **ORDER [265]** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

The Court hereby GRANTS Defendants' unopposed motion to strike the bill of costs. The bill of costs (Doc. No. 262) is hereby ORDERED STRICKEN from the Court's docket. The June 25, 2021 hearing is VACATED.

IT IS SO ORDERED.

Dated:  May 27, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE